UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRISTIAN ESTUARDO GIRON,

Petitioner,

v.

WARDEN, DESERT VIEW ANNEX,

Respondent.

Case No. 5:26-cv-05000-MWC-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 20). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Judgment shall be entered granting Grounds 1 and 2 of the Petition and dismissing Grounds 3 and 4 as moot.

2. Respondent shall **immediately release** Cristian Estuardo Giron

(A# 203-771-409) from custody subject to the same conditions of supervision that were in place before his May 20, 2026, detention. When releasing Petitioner, Respondents are ordered return any property seized from him in the course of his arrest and detention.

3. If Respondent has not released Petitioner **within three days** of the date of this order, Petitioner may file a request for an order to show cause re contempt.

4. Respondent[1] shall not re-detain Petitioner without providing Petitioner a pre-detention hearing before a neutral decisionmaker where DHS bears the burden of demonstrating by clear and convincing evidence that (a) Petitioner is a flight risk or a danger such that Petitioner's physical custody is required, or (b) on account of changed circumstances, there is a significant likelihood that Petitioner may be removed in the reasonably foreseeable future.

DATED: October 8, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

[1] The only Respondent named in this action is the warden of the ICE facility in Adelanto, California where Petitioner is being held. However, the prospective injunctive relief awarded in this order also binds Respondent's officers, agents, servants, employees, and attorneys, as well as other persons who are in active concert or participation with any of those people. See Fed. R. Civ. P. 65(d). This includes DHS and ICE.