JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTIAN ESTUARDO GIRON,<br>Petitioner,<br>v.<br>WARDEN, DESERT VIEW ANNEX,<br>Respondent. | Case No. 5:26-cv-05000-MWC-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that Grounds 1 and 2 of the Petition are granted and Grounds 3 and 4 are dismissed as moot.

DATED: October 8, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE